United States v. Mark A. Ciavarella, Jr.
3:09-CR-272
Defendant's Exhibit List

| Exhibit No. | Description | Offered | Admitted | Witness |
|---|---|---|---|---|
| 1 | ███████ | | | |
| 2 | ███████ | | | |
| 2.1 | ███████ | | | |
| 3 | Placement agreement-butler county court | ✓ | ✓ | |
| 4 | Placement agreement-armstrong county court | ✓ | ✓ | |
| 5 | Placement agreement-lawrence county court | ✓ | ✓ | |
| 6 | Letter of commitment-venango county court | ✓ | ✓ | |
| 6.2 | Stipulation #2 | ✓ | ✓ | |
| 7 | S&T Bank Loan commitment | ✓ | ✓ | |
| 7.1 | Stipulation #3 | ✓ | ✓ | |
| 8 | ███████ | | | |
| 9 | ███████ | | | |
| 9.1 | ███████ | | | |
| 10 | Luzerne county placement agreement of 2/15/03 | ✓ | ✓ | |
| 11 | Luzerne county placement agreement of 01/01/04 | ✓ | ✓ | |
| 12 | Luzerne county placement agreement of 06/03/04 | ✓ | ✓ | |
| 13 | Commissioners meeting minutes of 10/20/04 | ✓ | ✓ | |
| 14 | Commissioners meeting minutes of 11/17/04 | ✓ | ✓ | |
| 15 | Luzerne county lease agreement of 11/17/04 | ✓ | ✓ | |
| 16 | Luzerne county agreement with Northwestern | ✓ | ✓ | |
| 17 | Luzerne County contract with Mid-Atlantic | ✓ | ✓ | |
| 17.1 | Stipulation #5 | ✓ | ✓ | |
| 17.2 | County lease with WPACC-07/01/06 | ✓ | ✓ | |
| 17.3 | County lease with wpacc-06/01/07 | ✓ | ✓ | |
| 18 | ███████ | | | |
| 19 | ███████ | | | |
| 20 | ███████ | | | |
| 21 | ███████ | | | |

FILED
SCRANTON

FEB 18 2011

PER _____
DEPUTY CLERK

United States v. Mark A. Ciavarella, Jr.
3:09-CR-272
Defendant's Exhibit List

| Exhibit No. | Description | Offered | Admitted | Witness |
|---|---|---|---|---|
| 22 | ████ | | | |
| 22.1 | ████ | | | |
| 23 | ████ | | | |
| 24 | ████ | | | |
| 25 | ████ | | | |
| 26 | ████ | | | |
| 27 | ████ | | | |
| 27.1 | ████ | | | |
| 28 | ████ | | | |
| 29 | ████ | | | |
| 30 | ████ | | | |
| 31 | ████ | | | |
| 32 | ████ | | | |
| 32.1 | ████ | | | |
| 33 | Contract-butler county-2005 | ✓ | ✓ | |
| 34 | Contract butler county-2006 | ✓ | ✓ | |
| 35 | Contract Venango county | ✓ | ✓ | |
| 36 | Contract Monroe county | ✓ | ✓ | |
| 37 | Contract city of Philadelphia | ✓ | ✓ | |
| 38 | Contract blair county | ✓ | ✓ | |
| 39 | Contract beaver county | ✓ | ✓ | |
| 40 | Contract somerset county | ✓ | ✓ | |
| 41 | Contract elk county | ✓ | ✓ | |
| 42 | Contract elk county-2007 | ✓ | ✓ | |
| 43 | Contract centre county | ✓ | ✓ | |
| 44 | Contract potter county | ✓ | ✓ | |
| 45 | Contract dauphin county | ✓ | ✓ | |
| 46 | Contract mercer county | ✓ | ✓ | |
| 47 | Contract Monroe county | ✓ | ✓ | |
| 48 | Contract Armstrong county | ✓ | ✓ | |
| 49 | Contract pike county | ✓ | ✓ | |
| 50 | Contract pike county-2007 | ✓ | ✓ | |
| 51 | Contract carbon county | ✓ | ✓ | |
| 52 | Contract Delaware county | ✓ | ✓ | |

United States v. Mark A. Ciavarella, Jr.
3:09-CR-272
Defendant's Exhibit List

| Exhibit No. | Description | Offered | Admitted | Witness |
|---|---|---|---|---|
| 53 | Contract forest county | ✓ | ✓ | |
| 54 | Contract Lackawanna county | ✓ | ✓ | |
| 55 | Contract Lackawanna county-2007 | ✓ | ✓ | |
| 56 | Contract Monroe county-2005 | ✓ | ✓ | |
| 57 | Contract clarion county | ✓ | ✓ | |
| 58 | Contract Columbia county | ✓ | ✓ | |
| 59 | Contract Lancaster county | ✓ | ✓ | |
| 60 | Contract city of Philadelphia | ✓ | ✓ | |
| 61 | Contract county of Northumberland | ✓ | ✓ | |
| 62 | County of Schuylkill | ✓ | ✓ | |
| 63 | Contract county of Sullivan | ✓ | ✓ | |
| 64 | Contract county of Susquehanna | ✓ | ✓ | |
| 65 | Contract county of wayne | ✓ | ✓ | |
| 66 | Contract county of wayne 2007 | ✓ | ✓ | |
| 67 | Contract county of Wyoming | ✓ | ✓ | |
| 68 | Contract county of bucks | ✓ | ✓ | |
| 69 | Contract county of butler | ✓ | ✓ | |
| 70 | Contract huntingdon county | ✓ | ✓ | |
| 71 | Contract county of York | ✓ | ✓ | |
| 72 | Contract county of Lehigh | ✓ | ✓ | |
| 73 | Contract county of Cumberland | ✓ | ✓ | |
| 74 | Contract state of Maryland | ✓ | ✓ | |
| 74.1 | Stipulation #9 | ✓ | ✓ | |
| 75 | [redacted] | | | |
| 76 | [redacted] | | | |
| 77 | [redacted] | | | |
| 78 | [redacted] | | | |
| 79 | [redacted] | | | |
| 80 | [redacted] | | | |
| 81 | [redacted] | | | |
| 82 | [redacted] | | | |
| 83 | [redacted] | | | |
| 84 | [redacted] | | | |

United States v. Mark A. Ciavarella, Jr.
3:09-CR-272
Defendant's Exhibit List

| Exhibit No. | Description | Offered | Admitted | Witness |
|---|---|---|---|---|
| 85 | ███████ | | | |
| 86 | ███████ | | | |
| 87 | ███████ | | | |
| 88 | ███████ | | | |
| 89 | ███████ | | | |
| 90 | ███████ | | | |
| 91 | ███████ | | | |
| 92 | ███████ | | | |
| 93 | ███████ | | | |
| 94 | January 29, 2002 guarantee placement agreement signed by Conahan | ✓ | ✓ | |
| 95 | ███████ | | | |
| 96 | ███████ | | | |
| 97 | January 24, 2002 S&T Bank commitment letter | ✓ | ✓ | |
| 98 | ███████ | | | |
| 99 | ███████ | | | |