IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | NO. 3:CR-09-00272 |
| | ) | |
| v. | ) | (Judge Kosik) |
| | ) | |
| MARK A. CIAVARELLA, JR., | ) | |
| | ) | |
| Defendant. | ) | (Electronically filed) |

### DECLARATION OF PUBLICATION

Notice of Forfeiture was posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning on March 18, 2011, as required by 21 U.S.C. § 853(n)(1) and Rule 32.2(b)(6)(C) of the Federal Rules of Criminal Procedure, as evidenced by Attachment 1.

I declare under penalty of perjury that the foregoing is true and correct.

                         Respectfully submitted,
                         Peter J. Smith
                         United States Attorney

By:  s/ Amy C. Phillips
       Assistant U.S. Attorney
       P.O. Box 309

Scranton, PA   18503
Phone: (570) 348-2800
Fax: (570) 348-2830
amy.phillips@usdoj.gov
PA79986

Attachment 1

# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
### COURT CASE NUMBER: 3:09-CR-00272; NOTICE OF FORFEITURE

Notice is hereby given that on March 15, 2011, in the case of <u>U.S. v. Mark A. Ciavarella, Jr.</u>, Court Case Number 3:09-CR-00272, the United States District Court for the Middle District of Pennsylvania entered an Order condemning and forfeiting the following property to the United States of America:

$997,600.00 in United States Currency (11-IRS-000316)

The United States hereby gives notice of its intent to dispose of the forfeited property in such manner as the United States Attorney General may direct. Any person, other than the defendant(s) in this case, claiming interest in the forfeited property must file a Petition within 60 days of the first date of publication (March 18, 2011) of this Notice on this official government internet web site, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure and 21 U.S.C. § 853(n)(1). The petition must be filed with the Clerk of the Court, 235 North Washington Avenue, P.O. Box 114, Scranton, PA 18501, and a copy served upon Assistant United States Attorney Amy C. Phillips, William J. Nealon Federal Building, Suite 311, P.O. Box 309, Scranton, PA 18503. The petition shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited property, the time and circumstances of the petitioner's acquisition of the right, title and interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought, pursuant to 21 U.S.C. § 853(n).

Following the Court's disposition of all petitions filed, or if no such petitions are filed, following the expiration of the period specified above for the filing of such petitions, the United States shall have clear title to the property and may warrant good title to any subsequent purchaser or transferee.



## Advertisement Certification Report

The Notice of Publication was available on the www.forfeiture.gov web site for at least 18 hours per day between March 18, 2011 and April 16, 2011. Below is a summary report that identifies the uptime for each day within the publication period and reports the results of the web monitoring system's daily check that verifies that the advertisement was available each day.

U.S. v. Mark A. Ciavarella, Jr.

**Court Case No:**      3:09-CR-00272
**For Asset ID(s):**    See Attached Advertisement Copy

| Consecutive Calendar Day Count | Date Advertisement Appeared on the Web Site | Total Hours Web Site was Available during Calendar Day | Verification that Advertisement existed on Web Site |
|---|---|---|---|
| 1 | 03/18/2011 | 24.0 | Verified |
| 2 | 03/19/2011 | 24.0 | Verified |
| 3 | 03/20/2011 | 24.0 | Verified |
| 4 | 03/21/2011 | 24.0 | Verified |
| 5 | 03/22/2011 | 23.9 | Verified |
| 6 | 03/23/2011 | 24.0 | Verified |
| 7 | 03/24/2011 | 24.0 | Verified |
| 8 | 03/25/2011 | 24.0 | Verified |
| 9 | 03/26/2011 | 24.0 | Verified |
| 10 | 03/27/2011 | 24.0 | Verified |
| 11 | 03/28/2011 | 24.0 | Verified |
| 12 | 03/29/2011 | 24.0 | Verified |
| 13 | 03/30/2011 | 24.0 | Verified |
| 14 | 03/31/2011 | 24.0 | Verified |
| 15 | 04/01/2011 | 24.0 | Verified |
| 16 | 04/02/2011 | 24.0 | Verified |
| 17 | 04/03/2011 | 24.0 | Verified |
| 18 | 04/04/2011 | 24.0 | Verified |
| 19 | 04/05/2011 | 24.0 | Verified |
| 20 | 04/06/2011 | 24.0 | Verified |
| 21 | 04/07/2011 | 24.0 | Verified |
| 22 | 04/08/2011 | 24.0 | Verified |
| 23 | 04/09/2011 | 24.0 | Verified |
| 24 | 04/10/2011 | 24.0 | Verified |
| 25 | 04/11/2011 | 24.0 | Verified |
| 26 | 04/12/2011 | 24.0 | Verified |
| 27 | 04/13/2011 | 24.0 | Verified |
| 28 | 04/14/2011 | 24.0 | Verified |
| 29 | 04/15/2011 | 24.0 | Verified |
| 30 | 04/16/2011 | 24.0 | Verified |

Additional log information is available and kept in the archives for 15 years after the asset has been disposed.