**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF PENNSYLVANIA
WILLIAM J. NEALON FEDERAL BLDG. & U.S. COURTHOUSE
235 N. WASHINGTON AVE., P.O. BOX 856
SCRANTON, PA 18501-0856

EDWIN M. KOSIK
JUDGE

TEL. (570) 207-5730
FAX (570) 207-5739

September 21, 2011

J. Timothy Hinton, Jr.
Haggerty, McDonnell & Hinton, LLP
203 Franklin Avenue
Scranton, PA 18503

Dear Tim,

    The only letters I have read are part of the sentencing memorandum filed by counsel under seal. A number of these are family expressions, which I will respect. Another group has been reviewed and will be available after sentence.

    With the application of sentencing guidelines in federal court, letters on behalf or against a defendant have limited application in fashioning an appropriate sentence.

Sincerely,

Edwin M. Kosik
United States District Judge

EMK/jc