**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF PENNSYLVANIA
WILLIAM J. NEALON FEDERAL BLDG. & U.S. COURTHOUSE
235 N. WASHINGTON AVE., P.O. BOX 856
SCRANTON, PA 18501-0856

EDWIN M. KOSIK
JUDGE

TEL. (570) 207-5730
FAX (570) 207-5739

September 22, 2011

Joseph Holden
Investigative Reporter
WBRE-TV Eyewitness News
62 South Franklin Street
Wilkes-Barre, PA 18701

Dear Mr. Holden:

We are one day from sentencing Michael Conahan. At this point, I cannot argue with your sentiments about disclosure of material the court considers in sentencing.

Any letters we have from third parties, pro or con, which the court considers, will be available for your review. Letters submitted by counsel from family members are all favorable to the defendant. Many allude to experiences in the life of the family, which we have decided to honor for their personal expressions.

My practice is not to make any final judgment as to a sentence until I hear arguments from counsel for both sides, as well as the defendant personally.

Sincerely,

Edwin M. Kosik
United States District Judge

EMK/jc