

Office of the Clerk

**UNITED STATES DISTRICT COURT**
for the
**MIDDLE DISTRICT OF PENNSYLVANIA**
William J. Nealon Federal Bldg. & U.S. Courthouse
235 North Washington Avenue
P.O. Box 1148
Scranton, PA 18501-1148

(570) 207-5600 Fax (570) 207-5650
www.pamd.uscourts.gov

**Maria E. Elkins**
Clerk of Court

Divisional Offices:

Harrisburg:
(717) 221-3920
Williamsport:
(570) 323-6380

September 5, 2014

Gordon A. Zubrod
U.S. Attorney's Office
228 Walnut St.
Harrisburg, PA 17108

**FILED
SCRANTON

SEP 0 5 2014

PER _____
DEPUTY CLERK**

Re: USA v. Conahan et al, 3:09-CR-00272

Dear Counsel:

Pursuant to Local Rule of Court 79.4 you are advised that you have thirty (30) days to remove your exhibits in connection with the above captioned case from the courthouse. The judgment in your case is final, including appeal, and you are asked that you remove your exhibits or authorize their disposition by the clerk.

L.R.79.4 reads as follows:

**Local Rule 79.4 Removal or Disposition of Exhibits**

Except for those documentary exhibits required to remain permanently with case records, attorneys are responsible, after final judgment including appeal, for removing or authorizing the clerk to dispose of document exhibits which do not fit in the regular case file. Documents of unusual bulk or weight and physical exhibits other than documents are to be removed immediately after trial and, if necessary in an appeal, attorneys must make arrangements for transport to and receipt of such exhibits at the court of appeals. If not removed or disposition authorized, upon thirty (30) days notice from the clerk, such exhibits will be destroyed or otherwise disposed of by the court.

Please call us if you have any questions.

Sincerely yours,

Greg Armstrong
Deputy Clerk