

EUGENE ROTH
15 South Franklin Street
Wilkes-Barre, PA 18711
Tel: 570.826.5651
Fax: 570.821.4714
eroth@rjglaw.com

November 11, 2014

FILED
SCRANTON

NOV 19 2014

PER _____
DEPUTY CLERK

CR-09-272-01

EUGENE ROTH
MURRAY UFBERG
DONALD H. BROBST
ANTHONY J. DIXON
JOSEPH L. PERSICO
ALAN S. HOLLANDER
GARRY S. TAROLI
RICHARD A. RUSSO
JAMES P. VALENTINE
MARK A. VAN LOON
LEE S. PIATT
ROBERT D. SCHAUB
ROBERT N. GAWLAS, JR.
STEVEN P. ROTH
JAMES C. OSCHAL
THOMAS J. Mac NEELY
PAUL T. RUSHTON
JOHN T. ZELINKA
THOMAS J. CAMPENNI
MARYJO KISHEL
KIERAN M. CASEY
TIMOTHY J. MALONEY
MARGERY J. SCHNEIDER
JENNIFER M. STULL
MARY E. PRESCOTT
COLLEEN A. DOYLE
ABIGAIL M. BOYLAN
BRIAN J. GOOSSEN

Of Counsel:
HAROLD ROSENN
JOSEPH J. SAVITZ
MARSHALL S. JACOBSON
DANIEL G. FLANNERY
BRUCE C. ROSENTHAL
HOWARD M. LEVINSON

**VIA U.S. MAIL**

Michael T. Conahan
FCI Coleman Low
Inmate # 15009-067
Unit A4
PO Box 1031
Coleman, FL. 33521

Re:   Michael T. Conahan letter of October 1, 2014

Dear Mr. Conahan:

This letter is in response to your letter to Mr. & Mrs. Gerald Baer, dated October 1, 2014.

In consulting with Mrs. Baer and her daughter Cindy, I determined that the Promissory Note (entitled a "Judgment Note"), dated July 21, 2009, was secured by their then son-in-law, Mark A. Ciavarella, with the express understanding that the sum as stated in the note would be repaid, without interest, on the occasion of the sale of their residence in Drums, Pa.

Mr. and Mrs. Baer have agreed with the Office of the United States Attorney, Middle District of Pennsylvania, that they would list their residence for sale and that upon close of the sale, the sum of the note would be paid to that office. Their residence has been listed for sale since, but without the receipt of any offers.

Mr. Baer is 91 years of age and of ill heath. Mrs. Baer is 89 years of age and only in slightly better health than her husband. Their sole income is their Social Security and each of their extremely modest pension payments. Consequently, despite your demand, they have no funds to pay the note even if they were required to pay it prior to the sale of the residence.

I urge that you direct all further communications, if any, to me rather than to them. They are fragile, frightened and overwrought, as you might expect, and I would prefer to insulate them as best as possible under the circumstances.

Rosenn Jenkins & Greenwald LLP

November 11, 2014
Page 2

Very truly yours,


EUGENE ROTH


cc: U.S. District Court, Neal on Federal Bldg.
    235 N. Washington Ave., 1st Floor
    Scranton, Pa. 18501

    Mr. & Mrs. Gerald Baer



Rosenn Jenkins & Greenwald LLP
ATTORNEYS AT LAW
15 South Franklin Street, Wilkes-Barre, PA 18711-0075

U.S. District Court, Neal on Federal Bldg.
235 N. Washington Ave., 1st Floor
Scranton, PA  18501

RECEIVED
SCRANTON
NOV 18 2014

$00.480
NOV 11 2014
MAILED FROM ZIP CODE 18711