# BUSH|ROSS
ATTORNEYS AT LAW

1801 N. Highland Avenue
Tampa, Florida 33602
(813) 224-9255 [Phone]
(813) 223-9620 [Fax]
www.bushross.com

**HAROLD HOLDER**
hholder@bushross.com
(813) 204-6436 [Direct Line]

Mailing Address:
Post Office Box 3913
Tampa, Florida 33601-3913

August 24, 2020

**VIA FEDERAL EXPRESS**

Clerk of Court
U.S. District Court
Middle District of Pennsylvania
PO Box 1148
235 N. Washington Avenue
Scranton, PA 18501-1148

RECEIVED
SCRANTON

AUG 25 2020

_____
DEPUTY CLERK

RE: *USA v. Conahan et al.*
Case No. 3:09-cr-00272

Dear Clerk:

Per your instructions to my legal assistant in response to her phone inquiry this morning, please find enclosed a self-addressed, stamped envelope for our request for copies of any and all records regarding payment of Michael Conahan's criminal penalty in the above-referenced case. A copy of the Judgment (Doc. 292) is enclosed for your convenience.

If anything further is required, please contact my legal assistant, April Hill, via email at ahill@bushross.com or at her direct dial, 813-775-6505.

Respectfully submitted,

*Harold Holder* (signature)

Harold Holder

cc: Robert Powell
    Jill Moran