February 13, 2025

Chief Deputy Clerk Cathy Dolinish
U.S. District Court
Middle District of Pennsylvania
P.O. Box 1148
235 N Washington Avenue
Scranton, PA 18501-1148

Re:   Mark Ciavarella 15008-067
      Criminal No. 3:09-CR-272

Dear Chief Clerk,

Please be advised I am no longer an imnate at the Ashland Federal Correctional Institution. My current address is now Butner Federal Prison Camp, PO Box 1000, NC 27509.

Sincerely,

*Mark A Ciavarella, Jr.*

Mark A. Ciavarella, Jr. 15008-067
Butner Federal Prison Camp
PO Box 1000
NC 27509

FILED
SCRANTON
FEB 21 2025
PER _____DJ_____
DEPUTY CLERK

